## United States District Court for the Northern District of Illinois

Case Number: 08CV4858    Assigned/Issued By: DAJ

Judge Name: PALLMEYER    Designated Magistrate Judge: KEYS

---

**FEE INFORMATION**

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 3050827

Date Payment Rec'd: 08/25/08    Fiscal Clerk: DAJ

---

**ISSUANCES**

[✓] Summons    [ ] Alias Summons

[ ] Third Party Summons    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

2   Original and   0   copies on   08/25/08   as to   DEF'S. _____
                                      (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05